## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. FILBERT**, | CIVIL ACTION NO.   19-1375 |
| Plaintiff, | JUDGE JOY FLOWERS CONTI |
| v. | |
| **EZ RENTALS, LLC.,** | |
| Defendant. | |

## ORDER

On January 10, 2010, the court issued an opinion and order dismissing this landlord-tenant case for lack of subject-matter jurisdiction.  (ECF No. 9).  The complaint was dismissed with prejudice and without leave to amend.  *Id.*

On March 10, 2020, the court received a handwritten correspondence from plaintiff Joseph Filbert ("Filbert") which the court construed as an amended complaint.  The document was stricken from the record.  The court explained that Civil Action No. 19-1375 is closed and leave to amend the complaint was not requested or granted (ECF No. 11).

Despite the court's admonition, in December, 2020, February, 2021 and March, 2021, Filbert submitted numerous additional documents at Civil Action No. 19-1375 (ECF Nos. 12-18).  This is improper.  Civil Action No. 19-1375 is closed.  There is no purpose to be served in filing documents at this closed case.

If Filbert intends to pursue a new claim, he must follow the appropriate procedures to start a new case at a new civil action number.  To assist in this effort, the clerk's office is instructed to provide to Filbert the instructions for filing a pro se civil rights case.

The clerk's office is instructed to refuse to accept any further documents for filing at Civil Action No. 19-1375.


SO ORDERED this 5th day of March, 2021.


.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge